# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# ILLINOIS

**Reg. No. 5,095,860**
**Registered Dec. 06, 2016**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

The Board of Trustees of the University of Illinois (ILLINOIS body politic and corporate)
506 South Wright Street
352 Henry Administration Building
Urbana, IL 61801

CLASS 25: Clothing, namely, jackets, vests, ties, caps, sport caps, visor caps, ski caps, hats, scarves, sweaters, gloves, mittens, ladies' and men's and children's t-shirts, men's shirts, ladies' tops, jerseys, sport shirts, golf shirts, basketball shirts, football shirts, sweatshirts, shorts, socks, warm-up suits, baby sleepers, baby shirts

FIRST USE 4-16-2014; IN COMMERCE 4-16-2014

The mark consists of the word "ILLINOIS".

OWNER OF U.S. REG. NO. 2235534

SEC.2(F)

SER. NO. 86-273,483, FILED 05-06-2014
MAYUR C VAGHANI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office