# **EXHIBIT D**

Mark: UNIVERSITY OF ILLINOIS LEARNING & LABOR CHARTERED 1867 AGRICULTURE SCIENCE & ART



| | | | |
|---|---|---|---|
| US Serial Number: | 74296176 | Application Filing Date: | Jul. 27, 1992 |
| US Registration Number: | 1836231 | Registration Date: | May 10, 1994 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | The registration has been renewed. | | |
| Status Date: | Oct. 31, 2014 | | |
| Publication Date: | Aug. 24, 1993 | Notice of Allowance Date: | Nov. 16, 1993 |

## Mark Information

**Mark Literal Elements:** UNIVERSITY OF ILLINOIS LEARNING & LABOR CHARTERED 1867 AGRICULTURE SCIENCE & ART

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Disclaimer:** "ILLINOIS" and "CHARTERED 1867"

**Design Search Code(s):**
14.05.01 - Mallets (tools); Hammers; Gavels
14.05.25 - Caulking gun; Riveters; Punches (hardware); Pumps, air (non-motorized); Air pumps, non-motorized; Anvils; Bellows, fireplace; Soldering irons; Files (tools); Grease guns; Guns, caulking; Guns, grease; Plane (hand tool); Pokers, fireplace
14.07.03 - Agricultural implements (non-motorized), rakes; Hoes; Rakes; Farm equipment, agricultural implements (non-motorized), rakes
14.07.05 - Plows, farm and garden, non-motorized; Agricultural implements (non-motorized), plows; Farm equipment, agricultural implements (non-motorized), plows
14.07.25 - Garden equipment, spreaders (non-motorized); Aerators, soil, non-motorized; Grass seeders
20.05.05 - Encyclopedias (open); Cook books (open); Bibles (open); Books that are open
24.05.01 - Circular or elliptical seals; Seals, circular or elliptical
24.13.04 - Crosses with rays or radiating lines
26.01.02 - Circles, plain single line; Plain single line circles
26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges
26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [ belts, caps, hats, shoes, athletic jerseys, sweatshirts, sweatpants, sweatjackets, warm-up suits, ] shirts [, shorts, jackets, infant wear, sleepwear, pants, rainwear, knitwear; namely, gloves, mittens, scarves, socks ]

| | | | |
|---|---|---|---|
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 01, 1991 | Use in Commerce: | Sep. 01, 1991 |