# EXHIBIT F

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002084769 / 2018-01-26

Application Title: Chief Illiniwek January 20, 2007 (MBK 07/01/20-005-
WISC(MJ)
                   0164.jpg)

Title:             Chief Illiniwek January 20, 2007 (MBK 07/01/20-005-
WISC(MJ)
                   0164.jpg)

Description:       Electronic file (eService)

Copyright Claimant:
                   The Board of Trustees of the University of Illinois,
                      Transfer: By written agreement.

Date of Creation:  2007

Date of Publication:
                   2007-02-18

Nation of First Publication:
                   United States

Authorship on Application:
                   The Board of Trustees of the University of Illinois,
                      employer for hire; Citizenship: United States.
                      Authorship: photograph.

Names:             The Board of Trustees of the University of Illinois

====================================================================
                             ===========
```