# EXHIBIT A





# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# ILLINOIS

**Reg. No. 5,095,860**

**Registered Dec. 06, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The Board of Trustees of the University of Illinois (ILLINOIS body politic and corporate)
506 South Wright Street
352 Henry Administration Building
Urbana, IL 61801

CLASS 25: Clothing, namely, jackets, vests, ties, caps, sport caps, visor caps, ski caps, hats, scarves, sweaters, gloves, mittens, ladies' and men's and children's t-shirts, men's shirts, ladies' tops, jerseys, sport shirts, golf shirts, basketball shirts, football shirts, sweatshirts, shorts, socks, warm-up suits, baby sleepers, baby shirts

FIRST USE 4-16-2014; IN COMMERCE 4-16-2014

The mark consists of the word "ILLINOIS".

OWNER OF U.S. REG. NO. 2235534

SEC.2(F)

SER. NO. 86-273,483, FILED 05-06-2014
MAYUR C VAGHANI, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,692,259**
Registered Oct. 6, 2009

**Int. Cls.: 25, 28 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS (ILLINOIS BODY POLITIC AND CORPORATE)
352 HENRY ADMINISTRATION BUILDING
506 SOUTH WRIGHT STREET
URBANA, IL 61801

FOR: CLOTHING, NAMELY, APRONS, ADULT AND CHILDREN'S JACKETS, AND VESTS, MEN'S SHIRTS, SPORT SHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM-UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRIST-BANDS AND SWEATBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

FOR: BASKETBALLS, FOAM BASKETBALLS, FOOTBALLS, FOAM FOOTBALLS, STUFFED TOYS ANIMALS, DOLLS, GOLF BAGS, GOLF HEAD COVERS, GOLF BALLS, CHRISTMAS TREE ORNAMENTS AND CHRISTMAS STOCKINGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

OWNER OF U.S. REG. NO. 2,235,534.

THE MARK CONSISTS OF THE TERM "ILLINOIS".

SEC. 2(F).

SER. NO. 77-695,312, FILED 3-19-2009.

JEFF DEFORD, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office

# EXHIBIT D

Mark: UNIVERSITY OF ILLINOIS LEARNING & LABOR CHARTERED 1867 AGRICULTURE SCIENCE & ART



| | | | |
|---|---|---|---|
| US Serial Number: | 74296176 | Application Filing Date: | Jul. 27, 1992 |
| US Registration Number: | 1836231 | Registration Date: | May 10, 1994 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | The registration has been renewed. | | |
| Status Date: | Oct. 31, 2014 | | |
| Publication Date: | Aug. 24, 1993 | Notice of Allowance Date: | Nov. 16, 1993 |

## Mark Information

**Mark Literal Elements:** UNIVERSITY OF ILLINOIS LEARNING & LABOR CHARTERED 1867 AGRICULTURE SCIENCE & ART

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Disclaimer:** "ILLINOIS" and "CHARTERED 1867"

**Design Search Code(s):**
14.05.01 - Mallets (tools); Hammers; Gavels
14.05.25 - Caulking gun; Riveters; Punches (hardware); Pumps, air (non-motorized); Air pumps, non-motorized; Anvils; Bellows, fireplace; Soldering irons; Files (tools); Grease guns; Guns, caulking; Guns, grease; Plane (hand tool); Pokers, fireplace
14.07.03 - Agricultural implements (non-motorized), rakes; Hoes; Rakes; Farm equipment, agricultural implements (non-motorized), rakes
14.07.05 - Plows, farm and garden, non-motorized; Agricultural implements (non-motorized), plows; Farm equipment, agricultural implements (non-motorized), plows
14.07.25 - Garden equipment, spreaders (non-motorized); Aerators, soil, non-motorized; Grass seeders
20.05.05 - Encyclopedias (open); Cook books (open); Bibles (open); Books that are open
24.05.01 - Circular or elliptical seals; Seals, circular or elliptical
24.13.04 - Crosses with rays or radiating lines
26.01.02 - Circles, plain single line; Plain single line circles
26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges
26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [ belts, caps, hats, shoes, athletic jerseys, sweatshirts, sweatpants, sweatjackets, warm-up suits, ] shirts [, shorts, jackets, infant wear, sleepwear, pants, rainwear, knitwear; namely, gloves, mittens, scarves, socks ] | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 01, 1991 | Use in Commerce: | Sep. 01, 1991 |

# EXHIBIT E



# EXHIBIT F

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002084769 / 2018-01-26

Application Title: Chief Illiniwek January 20, 2007 (MBK 07/01/20-005-
WISC(MJ)
                   0164.jpg)

Title:             Chief Illiniwek January 20, 2007 (MBK 07/01/20-005-
WISC(MJ)
                   0164.jpg)

Description:       Electronic file (eService)

Copyright Claimant:
                   The Board of Trustees of the University of Illinois,
                     Transfer: By written agreement.

Date of Creation:  2007

Date of Publication:
                   2007-02-18

Nation of First Publication:
                   United States

Authorship on Application:
                   The Board of Trustees of the University of Illinois,
                     employer for hire; Citizenship: United States.
                     Authorship: photograph.

Names:             The Board of Trustees of the University of Illinois

===================================================================
                       ===========
```