IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THEODORE "TED" JOHN O'MALLEY,<br><br>　　　　Defendant. | Case No.  18-cv-02048 |

**AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS' RESPONSIVE PLEADING**

The parties, through counsel for The Board of Trustees of the University of Illinois (the "Board"), Freeborn & Peters, LLP, hereby notify the Court that the parties have settled this matter in principle and move this Court for entry of an order extending the time for Defendant's responsive pleading in hopes that no further action will be required in this matter.  In support of this motion, the Board states as follows:

　　　　1.　　As of June 20, 2018, the parties arrived at a settlement, in principle, that will resolve this matter completely.

　　　　2.　　After arriving at that settlement, undersigned counsel conferred with Defendant's counsel, Rick Biagi of Neal & McDevitt who represents Defendant, but has not yet filed an appearance on his behalf.

　　　　3.　　The parties both recognize that, as part of their settlement, both parties has certain obligations requiring each to take certain actions before the Board will be filing its notice of the dismissal of this matter.

4. The parties further agree that the case should remain pending during the intervening period (unlikely to be more than a few weeks), while the parties complete their agreed-upon actions.

5. As this Court is aware, there is presently a deadline for Defendant's responsive pleading to be filed on June 21, 2018 and a status conference set for July 2, 2018. Because the parties expect that the settlement will obviate the need for the filing of any responsive pleading, they respectfully request that the Court extend the June 21, 2018 deadline until August 21, 2018. The parties have further agreed that the Board's counsel will present this motion at the July 2nd status conference.

6. The parties represent to the Court that they anticipate being in a position for the Board to provide the Court with a notice of dismissal before August 21, 2018 and the Board will promptly notify the Court when the settlement is final and dismissal appropriate.

                              Respectfully submitted,

                              THE BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS

                              By: */s/ David S. Becker*
                                     One of Its Attorneys

Andrew Goldstein
David Becker
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312.360.6000

Dated: June 20, 2018

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of June, 2018, the above and foregoing AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADING was filed electronically with the Clerk of the Court using the CM/ECF system. . This notice is being served on the following counsel of record for Defendant who will receive notice through this Court's ECF system:

Katherine Ann Rehan
The Law Office if Douglas R. Johnson, P.C.
321 N. Clark St., Ste. 500
Chicago, Illinois 60654
katy@illinoisattorney.com

The undersigned has also provided service to the following attorney who has represented to counsel that he is counsel for Defendant:

Mr. Rick Biagi
Neal & McDevitt
1776 Ash Street
Northfield, Illinois 60093
rbiagi@nealmcdevitt.com

/s/ *David S. Becker*