IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THEODORE "TED" JOHN O'MALLEY,<br><br>　　　　Defendant. | Case No.  18-cv-02048 |

## NOTICE OF MOTION

　　　　PLEASE TAKE NOTICE that on Monday, July 2, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before Honorable Sharon Johnson Coleman in Courtroom 1425 of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the parties' AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADING, copies of which were served electronically upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE BOARD OF TRUSTEES FOR THE
　　　　　　　　　　　　　　　　　　　　UNIVERSITY OF ILLINOIS


　　　　　　　　　　　　　　　　　　　　By:  _/s/ David S. Becker_____
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Andrew Goldstein
David Becker
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312.360.6000

Dated:  June 20, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of June, 2018, the above and foregoing NOTICE OF MOTION was filed electronically with the Clerk of the Court using the CM/ECF system. This notice is being served on the following counsel of record for Defendant who will receive notice through this Court's ECF system:

> Katherine Ann Rehan
> The Law Office if Douglas R. Johnson, P.C.
> 321 N. Clark St., Ste. 500
> Chicago, Illinois 60654
> katy@illinoisattorney.com

The undersigned has also provided service to the following attorney who has represented to counsel that he is counsel for Defendant:

> Mr. Rick Biagi
> Neal & McDevitt
> 1776 Ash Street
> Northfield, Illinois 60093
> rbiagi@nealmcdevitt.com

        /s/ *David S. Becker*